**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6636**

———————

BERNARD A. TENSLEY-BEY,

                    Plaintiff - Appellant,

        versus

DOCTOR ULEP; JO ANN MCCARTHY,

                    Defendants - Appellees,

        and

COMMONWEALTH OF VIRGINIA; VIRGINIA DEPARTMENT
OF CORRECTIONS; MEDICAL HEALTH SERVICES,

                    Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-00-1449-AM)

———————

Submitted:  August 16, 2002        Decided:  September 19, 2002

———————

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bernard A. Tensley-Bey, Appellant Pro Se. John David McChesney, Coreen Antoinette Bromfield, RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernard A. Tensley-Bey appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tensley-Bey v. Virginia</u>, No. CA-00-1449-AM (E.D. Va. filed Nov. 27, 2000, entered Nov. 28, 2000; filed Apr. 9, 2002, entered Apr. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2